IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

      vs.                           *   CRIMINAL NO. MJG-15-0016

KEVIN CARDEN                        *

*       *       *       *       *       *       *       *       *

MEMORANDUM AND ORDER RE: REPORTING DATE

The Court has before it the request by Defendant Kevin Carden to defer his reporting date [ECF No. 197] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The Defendant seeks a deferral of his reporting date to October 15, 2016 so as to enable him to keep certain medical appointments specified in his sealed[1] request.

The Defendant realizes that, when he commences his sentence, his medical treatment will be provided by the Bureau of Prisons. However, he wishes to have the described treatments and evaluations conducted prior to incarceration so that he can provide the Bureau of Prisons with documentation regarding his medical issues and needs.

---

[1] The Court has sealed the specific medical information normally done but does not find it appropriate to provide the requested extended reporting date without placing the rationale on the public record.

The Court finds the request reasonable and consistent with what the undersigned Judge has done in analogous circumstances. For example, by Order Temporarily Releasing Defendant Rosenfeld in <u>United States v. Holland</u>, Crim No. 3:14-cr-073-MJG-JRK (M.D. Fla. Aug. 7, 2015)[ECF No. 228] a defendant was released from custody pending sentencing to enable him to undertake treatments and diagnostic procedures by nongovernmental medical facilities prior to serving his sentence.

Of course, Defendant Kevin Carden must make all arrangements necessary to ensure that there will be no further extension of the reporting date.

For the foregoing reasons:

1. The request by Defendant Kevin Carden to defer his reporting date [ECF No. 197] is GRANTED.

2. Defendant Kevin Carden shall appear at the designated facility or the United States Marshal in Baltimore, Maryland on October 15, 2016.

SO ORDERED, this <u>Monday, August 15, 2016</u>.

/s/
Marvin J. Garbis
United States District Judge